**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Harit Rajesh,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06782-PHX-RM

**ORDER**

Petitioner challenges his immigration detention pursuant to 28 U.S.C. § 2241. (Doc. 1.) Respondents filed a Response stating that Petitioner was scheduled for a bond hearing on October 1, 2026. (Doc. 6.) The record does not reflect the result of the bond hearing.

Accordingly,

**IT IS ORDERED** that within **five (5) days**, Respondents shall file a status report updating the Court on whether Petitioner received a bond hearing and the result of the hearing.

Dated this 28th day of October, 2026.

Honorable Rosemary Márquez
United States District Judge